UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Criminal No. 11-299 (WJM)

            v.                :

KARLIS KARKLINS, et al.       :      O R D E R


        Upon application of the United States Attorney for the

District of New Jersey (by Seth B. Kosto, Assistant United States

Attorney), for an order unsealing the docket sheet, the

Indictment, and all related papers in the above-captioned matter,

and good and sufficient cause having been shown,

        IT IS on this  /8th day of January, 2012,

        ORDERED that the Sealing Order previously entered in

the above-captioned matter at the time the grand jury returned

its indictment is no longer in effect; and it is further

        ORDERED that the docket sheet, the Indictment, and all

related papers in the above-captioned matter not otherwise sealed

by virtue of separate sealing orders that entered on or after

June 15, 2011are hereby unsealed.


                                HON. WILLIAM J. MARTINI
                                United States District Judge